IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE AQUILA ERISA LITIGATION | ) ) ) ) | Case No. 04-cv-00865 (DW) |

**DEFENDANTS' NOTICE OF EXPERT DISCLOSURE**

COME NOW Defendants Aquila, Inc. ("Aquila"), et al. and, pursuant to the Court's Order and rule 26(a)(2), hereby designate the following testifying experts. The report was served on counsel by email on November 22, 2005.

1. David Ross
    Lexecon, Inc.
    332 South Michigan Avenue
    Suite 1300
    Chicago, Illinois  60604

David Ross reserves the right to modify or supplement his expert report if additional information becomes available to him.

Respectfully submitted,

SHOOK, HARDY & BACON LLP

By: ___/s/ Timothy M. O'Brien___
    Timothy M. O'Brien, #47819

84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, Kansas 66210-1671
Telephone:    (913) 451-6060
Facsimile:    (913) 451-8879
E-mail:  tobrien@shb.com

Stanley D. Davis, #46411  
Brent Coverdale, #50696  
SHOOK, HARDY & BACON, L.L.P.  
2555 Grand Boulevard  
Kansas City, Missouri 64108-2316  
Telephone: (816) 474-6550  
Facsimile: (816) 421-5547  
E-mail: sdavis@shb.com  
E-mail: bcoverdale@shb.com  

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Bruce Keplinger, Esq.<br>John R. Hicks, Esq.<br>NORRIS & KEPLINGER, LLC<br>6800 College Boulevard<br>Suite 630<br>Overland Park, KS 662211 | Fred Taylor Isquith, Esq.<br>Michael Jaffe, Esq.<br>Jeremy Weintraub, Esq.<br>WOLF HALDENSTEINADLER<br>FREEMAN & HERZ, LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| Robert A. Izard, Esq.<br>Andrew M. Schatz, Esq.<br>Wayne T. Bolton, Esq.<br>SCHATZ & NOBEL<br>20 Church Street<br>Hartford, CT 06013 | Lee Squitieri, Esq.<br>Stephen J. Fearon, Jr., Esq.<br>SQUITIERI & FEARON, LLP<br>32 East 57th Street<br>12th Floor<br>New York, NY 10022 |
| Ira H. Zuckerman, Esq.<br>434 Broadway – 4th Floor<br>New York, NY 10013 | Kenneth E. Nelson<br>Nelson Law Firm, P.C.<br>2900 City Center Square<br>1100 Main Street, Suite 2900<br>Kansas City, MO 64105 |

Diane Nygaard
The Nygaard Law Firm
9200 Ward Parkway, Suite 5500
Kansas City, MO 64114

    /s/ Timothy M. O'Brien
Attorney for Defendants